**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony Leon JOHNSON,**
**Defendant–Appellant**

No. 08–11040
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 29, 2009.

Diane Marie Kozub, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Ruben Gonzalez, Fort Worth, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anthony Leon Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Johnson has not filed a timely response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw pursuant to *Anders* is GRANTED, counsel's supplemental motion for leave to withdraw is DENIED . as unnecessary, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.